IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:11-CV-3343-L** |
| PACESETTER SBIC FUND, INC., | § § § | |
| Defendant. | § § | |

### ORDER

Before the court is the parties' agreed Consent Order of Receivership, filed December 19, 2011, requesting that the United States Business Administration be appointed as Receiver of Pacesetter SBIC Fund, Inc. pursuant to 15 U.S.C. § 687c. The court determines that the Consent Order of Receivership (Doc. 4) should be and is hereby **granted**.

**It is so ordered** this 20th day of December, 2011.

Sam A. Lindsay
United States District Judge



Order – Solo Page